```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                     EASTERN DIVISION
```

**JUDGMENT IN A CIVIL CASE**

ARYAN RAY GARRETT a/k/a
STEVEN RAY CHANCE,

    Plaintiff,

VS.                                      NO. 1:06-cv-1106-JDT-sta

BETTY HAMMON, ET AL

    Defendants.


[X] DECISION BY THE COURT.  This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on April 23, 2007, plaintiff's motion to reconsider is DENIED and it is hereby ORDERED that the complaint is DISMISSED for failure to prosecute.


APPROVED:

                                **s/James D. Todd**
                                JAMES D. TODD
                                UNITED STATES DISTRICT JUDGE


JAMES D. TODD
UNITED STATES DISTRICT JUDGE


                                THOMAS M. GOULD, CLERK

<u>BY:s/S. Pettigrew</u>
DEPUTY CLERK